BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 1:13-CR-00071 LJO |
| Plaintiff, | ) |
| v. | ) APPLICATION AND ORDER REGARDING |
| | ) FINANICAL DISCLOSURES |
| MARY HELEN PEREZ, | ) |
| Defendant. | ) |

On March 18, 2013, the Defendant herein, MARY HELEN PEREZ, entered a guilty plea to Count One of the Information, which charges them with Theft or Embezzlement by Bank Officer or Employee, in violation of 18 U.S.C. § 656.

As part of her Plea Agreement with the United States, the Defendant agreed to make full and complete disclosure of her assets and financial condition, and to complete the United States Attorney's Office's "Authorization to Release Information" and "Financial Statement Pre-Sentencing Disclosure" (Financial Affidavit) within five (5) weeks from the entry of defendant's change of plea (see Doc.

-1-
APPLICATION AND [PROPSED] ORDER REGARDING FINANCIAL DISCLOSURES

1 | #3, ¶3(k)).  The Defendant also agreed to have the Court enter an
2 | order to that effect (id.).
3 |     Accordingly, the United States hereby applies for entry of an
4 | order as follows:
5 |     1. The Defendant herein, MARY HELEN PEREZ, is hereby ordered to
6 | complete and sign both the "Financial Statement Pre-Sentencing
7 | Disclosure" and the "Authorization to Release Information," and
8 | provide those forms to the United States Attorney's Office, Attention
9 | FLU Unit, 2500 Tulare Street, Suite 4401, Fresno, California 93721,
10 | no later than April 22, 2013.

Dated:  April 10, 2013                BENJAMIN B. WAGNER
                                      United States Attorney

                                        /s/ Christopher D. Baker
                                      CHRISTOPHER D. BAKER
                                      Assistant U.S. Attorney

BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  1:13-CR-00071 LJO |
| ) | |
| Plaintiff, ) | |
| ) | ORDER REGARDING FINANCIAL |
| v. ) | DISCLOSURES |
| ) | |
| MARY HELEN PEREZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

The Defendant herein, MARY HELEN PEREZ, is hereby ordered to complete and sign both the "Financial Statement Pre-Sentencing Disclosure" and the "Authorization to Release Information," and provide those forms to the United States Attorney's Office, Attention FLU Unit, 2500 Tulare Street, Suite 4401, Fresno, California 93721 no later than April 22, 2013.

IT IS SO ORDERED.

Dated:   **April 10, 2013**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28